DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

## RODMAN v. RODMAN

No. 106 PC.

Case below: 21 N.C. App. 397.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 July 1974.

## SAWYER v. SAWYER

No. 95 PC.

Case below: 21 N.C. App. 293.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 June 1974.

## SHARPE v. PUGH

No. 70 PC.

Case below: 21 N.C. App. 110.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 4 June 1974.

## STATE v. AKEL

No. 113 PC.

Case below: 21 N.C. App. 415.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 July 1974. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 1 July 1974.

## STATE v. ALLRED

No. 88 PC.

Case below: 21 N.C. App. 229.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 June 1974. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 4 June 1974.